Form 3A
(10/05)

# United States Bankruptcy Court
### District Of _____ Illinois _____

In re __Nicole M. Haywood__,   Case No. __08-13323__
        Debtor
                                Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __75.00__    Check one ☐ With the filing of the petition, or
                            ☐ On or before _____
    $ __74.67__    on or before __June 23rd 2008__
    $ __74.67__    on or before __July 23rd 2008__
    $ __74.66__    on or before __August 23rd 2008__

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 2 3 2008

KENNETH S. GARDNER, CLERK
PS REP. - MBM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____   _Nicole Haywood_____   _____
Signature of Attorney       Date      Signature of Debtor               Date
                                      (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                      _____   _____
                                      Signature of Joint Debtor (if any)   Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____Illinois_____

In re _Nicole M. Haywood_____,          Case No. _08-13323_
            Debtor

                                            Chapter __7__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐  With the filing of the petition, or
                              ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                            BY THE COURT

                                            KENNETH S GARDNER
Date: __MAY 2 3 2008__                       Clerk, U.S. Bankruptcy Court

                                            _____
                                            Kenneth S. Gardner, Clerk of the Court